UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONEETA BYRD, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>APPLEBEE'S INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 14-cv-1697 JM (KSC)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL |

On September 9, 2014, the parties filed a joint motion to dismiss all claims with prejudice. (Docket No. 5.) For good cause shown, the court grants the motion.

IT IS SO ORDERED.

DATED: September 29, 2014

M. James Lorenz
United States District Court Judge
for HON. JEFFREY T. MILLER,
United States District Judge